[No. 8278-1-II. Division Two. December 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
LLOYD CRITCHLOW, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83-1-00660-1, John N. Skimas, J., entered
October 26, 1984. *Affirmed* by unpublished opinion per
Brachtenbach, J. Pro Tem., concurred in by Cunningham
and Verharen, JJ. Pro Tem.

[No. 8412-1-II. Division Two. December 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. FLOYD
W. OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83-1-00023-6, James D. Roper, J., entered
January 3, 1985. *Affirmed* by unpublished opinion per
Brachtenbach, J. Pro Tem., concurred in by Cunningham
and Verharen, JJ. Pro Tem.

[No. 8458-9-II. Division Two. December 17, 1986.]

EARLE R. BAY, *Appellant,* v. HOPE L. GILLIS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84-2-02142-5, Floyd V. Hicks, J., entered
January 14, 1985. *Affirmed* by unpublished opinion per
Charette, J. Pro Tem., concurred in by Faris and Goodloe,
JJ. Pro Tem.

[No. 8459-7-II. Division Two. December 19, 1986.]

*In the Matter of* MICHAEL FRANK WOODS.

Appeal from a judgment of the Superior Court for Clark
County, No. 515RO90, J. Dean Morgan, J., entered
December 14, 1983. *Dismissed* by unpublished opinion per
Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.